Certificate Number: 14912-PAE-DE-037022663

Bankruptcy Case Number: 22-12387



14912-PAE-DE-037022663

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 5, 2022</u>, at <u>9:59</u> o'clock <u>PM EST</u>, <u>Lisa Quier</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 5, 2022</u>           By:    <u>/s/Jai Bhatt</u>

                                                                           Name:  <u>Jai Bhatt</u>

                                                                           Title:   <u>Counselor</u>